

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**Justine Flanagan**      Tel: 618.482.9371
 **Acting Clerk of Court**     Fax: 618.482.9383

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

July 14, 2016

Clerk of the Circuit Court
St. Clair County
10 Public Square
Belleville, IL 62220

Re:   Norma Deadmond v. DLC Management Corp. et al
    District Court Case No. 16-cv-785-DRH-PMF
    State Court Case No. 16-L-252

Enclosed is a certified copy of the Order of Judge David R. Herndon filed July 14, 2016, remanding this action to your court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,


s/ *Jessica L. Robertson*
Deputy Clerk

Enclosure
Copy to Counsel of Record

    Received By: _____

    Date: _____

CV-11
Rev. 1/12