

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**Justine Flanagan**
 **Acting Clerk of Court**

Tel: 618.482.9371
Fax: 618.482.9383

OFFICE OF THE CLERK
750 MISSOURI AVENUE
EAST ST. LOUIS, ILLINOIS 62201

July 14, 2016

Clerk of the Circuit Court
St. Clair County
10 Public Square
Belleville, IL 62220

> FILED
> ST. CLAIR COUNTY
> JUL 1 8 2016
> 22
> CIRCUIT CLERK

Re: Norma Deadmond v. DLC Management Corp. et al
    District Court Case No. 16-cv-785-DRH-PMF
    State Court Case No. 16-L-252

Enclosed is a certified copy of the Order of Judge David R. Herndon filed July 14, 2016, remanding this action to your court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,

*s/ Jessica L. Robertson*
Deputy Clerk

Enclosure
Copy to Counsel of Record

Received By: _____
Date: 7·18·16

CV-11
Rev. 1/'12